IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LAWRENCE JACK<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY | CIVIL ACTION<br><br>NO. 16-5771 |
|---|---|

# ORDER

And NOW, this ___ day of March, 2017, for the reasons stated in the foregoing memorandum and upon consideration of Defendant State Farm Fire and Casualty Company's ("State Farm") Motion to Dismiss (ECF No. 3), and all responses and replies thereto, it is hereby ORDERED that State Farm's motion is GRANTED without prejudice, and with leave to file an Amended Complaint within fourteen (14) days.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-5771 Jack v. Staet Farm\16cv5771 Order re MTD.docx